Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

FILED

for the

___Southern___ District of ___Georgia___

___Civil___ Division

| | |
|---|---|
| Neil Keith Singleton | ) Case No. _____ |
| _____ | ) |
| Plaintiff(s) | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ☒ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| Richmond County Sheriff Eugene Brenty | ) |
| Deputy sgt caleb lee | ) |
| Deputy sgt Walter meneill Jr | ) |
| Michelle Franklin | ) |
| Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Neil Keith Singleton |
| Street Address | 1701 Little Flock church RJ |
| City and County | Collins       Tattnall |
| State and Zip Code | Georgia       30421 |
| Telephone Number | 912 667 4161 |
| E-mail Address | Government OKR a gmail. com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Eugene Brantley

Job or Title *(if known)* — Sheriff

Street Address — 400 Walton Ave

City and County — Augusta    Richmond

State and Zip Code — Georgia    30901

Telephone Number — 706-821-1000

E-mail Address *(if known)* —

Defendant No. 2

Name — Caleb Lee

Job or Title *(if known)* — Internal Affairs Sgt

Street Address — 400 Walton Ave

City and County — Augusta    Richmond

State and Zip Code — Georgia    30901

Telephone Number — 706 821 1096

E-mail Address *(if known)* — Caleb.lee@augustaga.gov

Defendant No. 3

Name — Walter Mcneil Jr

Job or Title *(if known)* — Internal Affairs Sgt

Street Address — 400 Walton Way

City and County — Augusta    Richmond

State and Zip Code — Georgia    30901

Telephone Number — 706-821-1055

E-mail Address *(if known)* — Wmcneil@augustaga.gov

Defendant No. 4

Name — Michelle Franklin

Job or Title *(if known)* — Internal Affairs

Street Address — 400 Walton Way

City and County — Augusta    Richmond

State and Zip Code — Georgia    30901

Telephone Number —

E-mail Address *(if known)* — mfranklin@augustaga.gov

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 1983
First Amendment Violations

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

     a.    If the plaintiff is an individual

The plaintiff, *(name)* Neil Keith Singleton , is a citizen of the State of *(name)* Georgia

     b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

     a.    If the defendant is an individual

The defendant, *(name)* Eugene Brantley , is a citizen of the State of *(name)* Georgia . Or is a citizen of *(foreign nation)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 1983
First Amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)*    Neil Keith Singleton , is a citizen of the State of *(name)*    Georgia .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)*    Caleb lee , is a citizen of the State of *(name)*    Georgia . Or is a citizen of

*(foreign nation)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[Y] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.    42 USC 1983

First Amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)*    Akil Keith Singleton , is a citizen of the State of *(name)*    Georgia .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)*    Walter Mcneil JR , is a citizen of the State of *(name)*    Georgia . Or is a citizen of *(foreign nation)* _____ .

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 1983
First Amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Neil Keith Singleton , is a citizen of the State of *(name)* Georgia .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ .

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Michelle Franklin , is a citizen of the State of *(name)* Georgia . Or is a citizen of *(foreign nation)*

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Due to the willfull violations of the First Amendment and refusal to follow laws the plaintiff is asking for $150,000.00

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

All Defendants acting as government agents knowingly and willingly have violated the First Amendment right of the plaintiff on their social media pages

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff asks this court for an injunction and order the Defendants to unblock all citizens including the plaintiff and to award $150,000.00 for their willfull actions that appear to be associated with case number 1:24-cv-00246

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     10-31-2025

Signature of Plaintiff

Printed Name of Plaintiff     Deil Keith Singleton

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print    Save As...    Add Attachment    Reset

IN THE UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF GEORGIA

NEIL KEITH SINGLETON,                         *

    Plaintiff                              *

v.

Richmond County Sheriff Eugene Brantley                    * Civil Action No. TBD
Deputy Sgt Caleb Lee
Deputy Sgt Walter McNeil Jr
Michelle Franklin
                                              *

    Defendant(s)                          *

\* \* \* \* \* \* \* \* \* \* \*

# COMPLAINT

Now comes the plaintiff, Neil Keith Singleton, in the above-styled action and files a complaint against all defendants herein known as defendants and RCSO in their Official and Personal capacities for violations of the constitutional rights of Neil Keith Singleton, herein after known as "plaintiff".

1.

This action is filed as a 42 USC 1983 action for the violation of the plaintiff's First Amendment right.

2.

This matter is associated with Civil Action CV 124 246 that is in front of this court presently.

3.

The defendant's blocked the plaintiff from viewing or commenting on their official social media page located at www.facebook.com/RichmondCountySheriffsOfficeGeorgia while allowing other citizens to view and comment freely.

4.

The blocking of the plaintiff happened on or around August 15th, 2025.

5.

On September 15th, 2025, the plaintiff sent an email RCSOOOpenRecords@augusta.ga.gov inquiring as to why I had been blocked and any proof of any violation

6.

On September 18, 2025, a follow-up was sent to the same email listed in number 5, asking for a status update as it was due under Georgia's open records laws.

7.

On September 18th, 2025, Michelle Franklin responded and stated the request was being reviewed.

8.

On September 24th, 2025, the open records violation was turned over to the State of Georgia Attorney General's office for violation of the open records laws.

9.

As of the date of this filing, the RCSO has failed to respond as to why the plaintiff has been blocked.

10.

On October 22nd, 2025, Sheriff Eugene Brantley received an Ante Litem notice that gave the department 30 days to respond, they failed to respond.

## CONCLUSION

After following the rules of the RCSO Facebook Page and formally asking as a reason why the plaintiff was blocked, sending emails, filing with the Attorney General, and sending an Ante Litem it is clear that the department and proper contact were aware of the issue and refused to address it and continued to violate the rights of Neil Singleton

The optics are clear. Neil Singleton was blocked due to a filed lawsuit he currently has against the department, and it appears to be retaliatory in nature.

## DAMAGES

The plaintiff is seeking the following relief:

1. To be unblocked from all RCSO social media pages
2. To be awarded $150,000.00 in damages for the blatant and willful actions of the defendants.

NEIL SINGLETON

PER SE

(912)667-4161

10/31/2025

NEILKS1975@OUTLOOK.COM

EXHIBITS

A.  ANTE LITEM NOTICE
B.  FACEBOOK RULES FOR RCSO
C.  USPS CERTIFIED MAIL FOR ANTE LITEM AND DELIVERY DATE
D.  EMAIL CHAIN

Exhibit A
pg 1 of 3

NEIL SINGLETON
1701 LITTLE FLOCK CHURCH ROAD
COLLINS, GA 30421

**USPS CERTIFIED MAIL**

9207 1902 3589 0900 0034 5830 30

SHERIFF GINO BRANTLEY
RICHMOND COUNTY SHERIFFS OFFICE
400 WALTON WAY
AUGUSTA, GA 30901-2438

*Exhibit A*
*pg 2 of 3*

Neil Singleton

1701 Little Flock Church rd., Collins, GA 30421

912-667-4161

Neilks1975@outlook.com

09/10/2025


Sheriff Gino Bratley – Richmond County, GA Sheriff

Sgt. Walter McNeil – Richmond County Georgia Sheriff's Office


# ANTE LITEM NOTICE



Description of complaint:


Under GA Code § 36-11-1 regarding notice of suit.


Neil Singleton, herein noted as plaintiff, is bringing a cause of action against the Richmond County Sheriff's office for violations of his First Amendment right to be able to see and comment on their Official Richmond County Sheriff's Office Facebook Page.

It was confirmed on September 9th, 2025, that the plaintiff had been blocked on your page while others were free to comment and see the page. This was further confirmed by Sgt. Walter McNeil of internal affairs.

Though the Sheriff's department has a term of service (TOS), they do not offer a service on Facebook; Facebook is the platform, and it has a term of service, and the Sheriff's Department cannot control those TOS.

The Sheriff's department may set rules on a page, nothing more, but those rules cannot unfairly suppress speech based solely on their belief that something is not factual, nor can they suppress speech that is critical of the department, OR suppress speech of former inmates talking about their experiences in their jail on their page.

*Exhibit A*
*pg 3 of 3*

It is especially concerning that Neil Singleton currently has a Civil Rights Lawsuit against the RCSO, and you have blocked him from the page; this gives an appearance of retaliation.

The Fourth Circuit Court of Appeals ruled that the interactive portion of a public official's Facebook page is a "public forum," so an official cannot block people from it because of the opinions they hold.

In a recent Case here in Georgia, 1:20-cv-02147-SDG Miko v. Jones. Vernon Jones, a former elected State Representative, was ordered to pay nearly $46,000.00 for violations of the First Amendment Rights against Mr. Miko for blocking his ability to comment on the social media app Facebook.

## DEMAND OF DAMAGES

1. The RCSO unblocks all persons and pages that are currently blocked.
2. The RCSO issue a public written apology on their media page recognizing his actions.
3. For violations of Neil Singleton's First Amendment rights by an elected government official on his clearly officially used Facebook page that he uses to govern from and in an act that any reasonable jury would see as retaliation, a one-time financial payment to be considered a penalty for violations of rights in the amount of $175,000.00.

GA Law allows 30 days to respond after this has been received. After 30 days, this may be filed in court OR added to the current civil rights case.

Neil Singleton
Pro-Se Filer

1701 Little Flock Church Rd., Collins, GA 30421

912-667-4161

**Description**

Exhibit B

We, the Richmond County Sheriff's Office, are committed to providing the highest level of public service while practicing the ultimate ideals of law enforcement excellence. Using our philosophy of problem-solving oriented policing, we will partner with the community to provide compassionate service with a can-do spirit and integrity.

Richmond County Sheriff's Office – Social Media Terms of Service

The Richmond County Sheriff's Office (RCSO) welcomes participation and encourages open dialogue on our official social media platforms. We ask that users respect the following Terms of Service when engaging on our pages. As per federal and GA law, we reserve the right to include the following Terms of Service on a government social media page.

Comment Guidelines:

Comments are subject to removal, and violators may be blocked, if they include:

Threats of violence or incitement to commit illegal acts

Profanity, obscenity, or racial/ethnic/sexual slurs

Defamatory statements (false claims presented as fact against individuals or organizations)

Misinformation or knowingly false statements intended to mislead the public

Promotion of or solicitation for illegal activity, services, or products

Spam, repetitive postings, or off-topic comments

Posting of another person's private or personal information without consent

Important Notes

Negative comments, criticism, or differing opinions about the Sheriff's Office are permitted and will not be removed solely because of their viewpoint.

All content posted by the public represents the opinion of the author and does not necessarily reflect the views of the RCSO.

By posting on this page, you understand that your comments are publicly visible and subject to open records laws.

Enforcement
Failure to follow these guidelines may result in removal of comments or blocking of users, at the discretion of the RCSO. Should you object to your profile being blocked, you may submit a complaint to IA that will be reviewed. Should you agree to follow our TOS in the future, you may be allowed back on the page. A second violation will result in being permanently

  tools.usps.com/go/Tr  

  Q Exhibit C

# USPS Tracking®

**FAQs >**

## Tracking Number:

**Remove ✕**

# 9207190235890900003458 3030

 **Copy**     **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 11:21 am on September 22, 2025 in AUGUSTA, GA 30901.

_____

**Get More Out of USPS Tracking:**

 **USPS Tracking Plus®**

 **Delivered**
**Delivered, Left with Individual**
AUGUSTA, GA 30901
September 22, 2025, 11:21 am

CS CamScanner



*Exibit D ps 1 of 3*

## Fwd: Open Records Request FOLLOW UP
6 messages

**N Singleton** <governmentorr@gmail.com>                                    Thu, Sep 18, 2025 at 10:12 AM
To: RCSOOpenRecords@augustaga.gov

Hello,

What is the current status of this request?

Neil Singleton

---------- Forwarded message ---------
From: **J Michaels** <governmentorr@gmail.com>
Date: Mon, Sep 15, 2025, 10:33 PM
Subject: Open Records Request
To: <RCSOOpenRecords@augustaga.gov>

Under the Georgia Open Records Act § 50.18.70 et seq., I am requesting an opportunity to inspect or obtain copies of public records that pertain to your public Facebook page located at https://www.facebook.com/RichmondCountySheriffsOfficeGeorgia/ and the reason for blocking me from viewing or commenting on said page and any evidence associated with a reason to block me.

If there are any fees for searching or copying these records, please inform me if the cost will exceed $5.00 However, I would also like to request a waiver of all fees in that the disclosure of the information is in the public interest and will contribute significantly to the public's understanding of your departments blocking of citizens, a violation of the First Amendment

The Georgia Open Records Act requires a response time within three business days. If access to the records I am requesting will take longer than three days, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Neil Singleton

**Michelle Franklin** <mfranklin@augustaga.gov>                              Thu, Sep 18, 2025 at 10:20 AM
To: governmentorr@gmail.com <governmentorr@gmail.com>

The Richmond County Sheriff's Public Information Office is in receipt of your request. Please consider this as an official (3) day response notification. Once your request has been reviewed, our office will correspond with you with further details to include any estimated financial fees before proceeding. Please keep in mind that our office may be unable to fulfill your request in accordance with the Georgia Open Records Act.

**Michelle Franklin | Administrative Assistant**
RICHMOND COUNTY SHERIFF'S OFFICE
Internal Affairs
400 Walton Way | Augusta, GA 30901 | www.richmondcountysheriffsoffice.com

**Email** mfranklin@augustaga.gov



Exhibit D pg 2 of 3

[Quoted text hidden]

[NOTICE: This message originated outside of the City of Augusta's mail system -- **DO NOT CLICK** on **links**, open **attachments** or respond to **requests for information** unless you are sure the content is safe.]

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message, which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.

AED 104.1

---

**N Singleton** <governmentorr@gmail.com>                                    Thu, Sep 18, 2025 at 10:24 AM
To: Michelle Franklin <mfranklin@augustaga.gov>

Hello,

This request was sent three days ago and is already due.

Nothing in this request can be redacted as it pertains to me personally.

If this cannot be filled today, the AG office will be notified
[Quoted text hidden]

> 🖼 **image001.png**
> 48 KB

---

**N Singleton** <governmentorr@gmail.com>                                    Thu, Sep 18, 2025 at 11:15 PM
To: Michelle Franklin <mfranklin@augustaga.gov>

This has been turned over to the Attorney Generals office for failure to follow state law on open records request
[Quoted text hidden]

> 🖼 **image001.png**
> 48 KB

---

**N Singleton** <governmentorr@gmail.com>                                    Wed, Sep 24, 2025 at 11:12 AM
To: Michelle Franklin <mfranklin@augustaga.gov>
Cc: ksettlemire@law.ga.gov

Hello,

Ms. Settlement from the attorney generals office is copied in this email as a complaint for your refusal to follow state guidelines on fulfilling open records request is not acceptable.

The request is well past due to have been filled and the requested information should be easily available or a statement it does not exist.


Neil Singleton
The Georgia Independent

Singleton Consulting, LLC
[Quoted text hidden]

*Exhibit D pg 3of3*

**N Singleton** <governmentorr@gmail.com>                                    Wed, Sep 24, 2025 at 5:28 PM
To: Michelle Franklin <mfranklin@augustaga.gov>

Hello,

My step is to involve the courts asking for a mandamus to force you to do your job as required by law

Neil Singleton
The Georgia Independent
Singleton Consulting, LLC
[Quoted text hidden]

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Neil Keith Singleton )
_Plaintiff_ )
Sheriff Eugene Brenty v. Sgt Walter Mcneil Jr )    Civil Action No.
Sgt Caleb lee    Michell Franklin )
_Defendant_ )

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ Neil Singleton _____
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
_Signature of the attorney or unrepresented party_

_____            _____
_Printed name of party waiving service of summons_            _Printed name_

_____
_Address_

_____
_E-mail address_

_____
_Telephone number_

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

[ Print ]    [ Save As... ]                    [ Reset ]

Nail Singleton
1701 Little flock Church Rd
Collins, GA   30421

U.S. District Court
124 Barnard St
Savanah, GA   31401