IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| NEIL KEITH SINGLETON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. 1:25-cv-00282 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SHERIFF EUGENE BRANTLEY, | ) | |
| DEPUTY CALEB LEE, DEPUTY | ) | |
| WALTER MCNEIL JR, and | ) | |
| MICHELLE FRANKLIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER OF DEFENDANT EUGENE BRANTLEY

NOW COMES defendant Eugene Brantley and files this Answer to the plaintiff's Complaint as follows:

## FIRST DEFENSE

The plaintiff's Complaint fails to state a claim against upon which relief can be granted and should be dismissed.

## SECOND DEFENSE

There has been an insufficiency of process as to this Defendant, and Defendant hereby moves to dismiss Plaintiff's Complaint.

## THIRD DEFENSE

There has been an insufficiency of service of process as to this Defendant, and Defendant hereby moves to dismiss Plaintiff's Complaint.

## FOURTH DEFENSE

This Court lacks personal jurisdiction over this Defendant, and Defendant hereby moves to dismiss Plaintiff's Complaint.

**FIFTH DEFENSE**

Defendant asserts the defenses of privilege, legal justification, and any and all statutory defenses and immunities available to him.

**SIXTH DEFENSE**

The plaintiff's claims are barred, in whole or in part, by the doctrine of qualified immunity from suit and liability.

**SEVENTH DEFENSE**

This Court lacks subject matter jurisdiction over this Defendant with the result that the Plaintiff's Complaint should be dismissed.

**EIGHTH DEFENSE**

The claims set forth in the Plaintiff's Complaint are barred by the doctrine of sovereign immunity afforded to Defendant.

**NINTH DEFENSE**

The plaintiff's claims are barred in whole or in part by the Eleventh Amendment to the United States Constitution.

**TENTH DEFENSE**

The plaintiff's Complaint fails to state a claim for injunctive or declaratory relief and should be denied.

**ELEVENTH DEFENSE**

Defendant denies that Plaintiff has been subjected to the deprivation of any right, privilege, or immunity under the Constitution or laws of the United States.

**TWELFTH DEFENSE**

Defendant hereby reserves the right to amend or assert additional defenses which may become available.

**THIRTEENTH DEFENSE**

Defendant answers the specific allegations of the plaintiff's Complaint as follows:

1. In response to the allegations contained in paragraph I of Plaintiff's Form Complaint[1], under "The Parties to this Complaint," Defendant admits that he is the Sheriff of Richmond County, that the remaining defendants are employees of the Richmond County Sheriff, and that the Richmond County Sheriff's Office is located at 400 Walton Way, Augusta, Georgia 30901. Defendant specifically denies that he is subject to the jurisdiction of this Court, that he violated any statutory or constitutional provision, or that the plaintiff is entitled to any relief in this action. Defendant is without knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations contained in paragraph I of plaintiff's Form Complaint.

2. In response to the allegations contained in paragraph II of Plaintiff's Form Complaint, under "Basis for Jurisdiction," Defendant admits Plaintiff purports to bring this claim as alleged. Defendant specifically denies that he is subject to the jurisdiction of this Court, that he violated any statutory or constitutional provision, or that the plaintiff is entitled to any relief in this action.

3. In response to the allegations contained in paragraph III of Plaintiff's Form Complaint, under "Statement of Claim," Defendant denies the allegations and specifically denies that he violated any statutory or constitutional provision or that the plaintiff is entitled to any relief in this action.

---

[1] Plaintiff filed a pro se form complaint for a civil case and attached a drafted, non-form complaint.

4. In response to the allegations contained in paragraph IV of Plaintiff's Form Complaint, under "Relief," Defendant denies the allegations and specifically denies that he violated any statutory or constitutional provision or that the plaintiff is entitled to any relief in this action.

5. In response to the allegations contained in paragraph 1 of plaintiff's Complaint, Defendant admits only that Plaintiff purports to bring this action under 42 U.S.C. § 1983 as alleged. Defendant denies that he violated any statutory or constitutional provision or that the plaintiff is entitled to any relief in this action.

6. In response to the allegations contained in paragraph 2 of plaintiff's Complaint, Defendant admits only that Plaintiff has another pending case in the Southern District of Georgia. Defendant denies that he violated any statutory or constitutional provision or that the plaintiff is entitled to any relief in this action.

7. Defendant denies as stated the allegations contained in paragraph 3 of plaintiff's Complaint, and Defendant specifically denies that he violated any statutory or constitutional provision or that the plaintiff is entitled to any relief in this action.

8. Defendant is without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph 4 of plaintiff's Complaint.

9. Defendant is without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph 5 of plaintiff's Complaint.

10. Defendant is without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph 6 of plaintiff's Complaint.

11. Defendant is without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph 7 of plaintiff's Complaint.

12. Defendant is without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph 8 of plaintiff's Complaint.

13. Defendant is without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph 9 of plaintiff's Complaint.

14. Defendant denies as stated the allegations contained in paragraph 10 of plaintiff's Complaint.

15. Defendant denies the allegations contained in the "Conclusion" paragraph of plaintiff's Complaint.

16. Defendant denies each and every allegation contained in the plaintiff's Complaint that are not admitted, denied, or otherwise specifically responded to herein.

WHEREFORE, Defendant pray that the plaintiff's Complaint against him be dismissed with all costs charged to the plaintiff.

This 2nd day of January, 2026.

    */s/ Davis A. Dunaway*
    DAVIS A. DUNAWAY
    Georgia Bar No. 232902
    *Attorney for Defendant Brantley*

HULL BARRETT, P.C.
801 Broad Street, 7th Floor
Augusta, GA 30901
(706) 722-4481 (Telephone)
(706) 722-9779 (Facsimile)
ddunaway@hullbarrett.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Answer of Defendant Eugene Brantley* with the Clerk of Court using the NextGen CM/ECF system and a copy of the same was placed in the U.S. mail with appropriate postage affixed thereon and being directed as follows:

Neil Singleton
1701 Little Flock Church Road
Collins, Georgia 30421

This 2nd day of January, 2026.

                    *s/ Davis A. Dunaway*
                    DAVIS A. DUNAWAY

{02321395-1}