IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

NEIL KEITH SINGLETON                 )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )           CV 1:25 282
                                     )
RICHMOND COUNTY SHERIFF EUGENE )
BRANTLEY, ET AL.                     )
                                     )
        Defendants.                  )
                        _____

                        **JOINT STATUS REPORT**
                        _____

1.    Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?
            ☒  YES                    ☐  NO

2.    If the parties answered yes to question 1, do the parties prefer (a) a private mediator; or (b) a magistrate or bankruptcy judge?
            ☐  Private Mediator       ☒  Magistrate or Bankruptcy Judge

3.    If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted.  From that date, summary judgment motions will be due in thirty days.

      N/A

4.    If the parties prefer a magistrate or bankruptcy judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

      June 17, 2026 or June 30, 2026

            This 22nd day of May 2026.

                                            /s/ Neil Keith Singleton

                                                  Plaintiff

                                            /s/ Tameka Haynes

                                              Defense Counsel